# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | | |
|---|---|---|
| EDDIE LEE BROWN, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:15-cv-151 |
| v. | * | |
| J.V. FLOURNOY, | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 3. Petitioner Eddie Lee Brown ("Brown") failed to file any Objections to the Magistrate Judge's Report and Recommendation.

Accordingly, Brown's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case. The Court **DENIES** Brown leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 14 day of March, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)